UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. NICOLE HARRISON<br>10723 Hampton Mill TR.<br>Rockville, MD 20852<br><br>**Plaintiff,**<br><br>v.<br><br>MARGARET M. SPELLINGS, Secretary<br>U.S. Department of Education<br>830 First Street, N.E.<br>Washington, D.C. 20002-8019<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0455 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY
                              D.C. BAR NUMBER 498-610

By:                   /s/
                              OLIVER W. MCDANIEL, D.C. Bar No. 377-360
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18h day of April, 2007, I caused the foregoing Notice of Appearance to be served on Counsel for the Plaintiff, **Michael J. Snider, Esq.**, via Electronic Case Filing (ECF), or if this means fails, then by first-class mail, postage prepaid, addressed as follows:

**MICHAEL J. Snider, Esq.**
ARI TARAGIN, ESQ.
SNIDER & ASSOCIATES, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208

/s/
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739