UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. NICOLE HARRISON ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No. 07-0455 (EGS) |
| ) | |
| MARGARET M. SPELLINGS, Secretary ) | |
| U.S. Department of Education ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE AN ANSWER OR
OTHER RESPONSE TO THE COMPLAINT**

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Complaint, from May 25, 2007, up to and including June 21, 2007. Counsel for the Plaintiff, Ari Taragin, Esquire, graciously consented to this extension. As grounds for this motion, Defendant relies upon the following memorandum.

Counsel for Defendant has a number of time-consuming litigation demands over the next month, and this schedule necessitates this request for an extension of time. Counsel for Defendant has ongoing discovery production obligations in the class action suit of Hubbard v. Potter, C.A. No. 03-1062 (RJL), a hearing on which is scheduled for May 14, 2007. Additionally, Counsel for Defendant must prepare for and argue a motion to compel discovery in Obrycki v. Perry, 05-0857 (RWR). Counsel is involved in taking depositions in the class action litigation of Johnson, et al. v. District of Columbia, et al., 02-2364 (RMC) and in Negley v. FBI, 03-2126 (GK).

Beyond these various discovery obligations, Counsel further has a number of filings that are due within the next month. Counsel must file a response to the Amended Complaint in <u>Powers-Bunce v. District of Columbia</u>, 06-1586 (RMC) on May 31, 2007. Counsel will be seeking an extension of time to file Appellant's brief in <u>Canadian Commercial Corp. et al. v. Department of the Air Force</u>, 06-5310 (D.C. Circuit), currently due on or before May 22, 2007. Counsel's must file Appellees' final brief in <u>Patterson v. Johnson</u>, 05-5415 (D.C. Circuit) on or before June 7, 2007. Moreover, Counsel for Defendant must file reply memoranda in <u>Bragdon v. U.S.A.</u>, 06-00258 (JR) and in <u>Battle v. Peters</u>, Appeal No. 06-5424 (D.C. Cir.) on May 17, 2007 and May 23, 2007, respectively. These and other litigation demands necessitate this requested extension.

WHEREFORE, Defendant submits that this consent motion for an extension of time up to and including June 21, 2007 to file a response to the Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:          /s/
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2007, I caused the foregoing Consent Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and proposed order, to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

**ARI TARAGIN, ESQ.**
SNIDER & ASSOCIATES, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208

_____/s/_____
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **J. NICOLE HARRISON** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-0455 (EGS) |
| | ) |
| **MARGARET M. SPELLINGS, Secretary** | ) |
| **U.S. Department of Education** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Consent Motion for an Extension of Time, be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including June 21, 2007, to file an Answer or other response to the Complaint.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Ari Taragin, Esq.
SNIDER & ASSOCIATES, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208