UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **J. NICOLE HARRISON**        ) | |
| ) | |
| **Plaintiff,**        ) | |
| v.        ) | Civil Action No. 07-0455 (EGS) |
| ) | |
| **MARGARET M. SPELLINGS, Secretary**        ) | |
| **U.S. Department of Education**        ) | |
| ) | |
| **Defendant.**        ) | |
| ) | |

**DEFENDANT'S SECOND MOTION FOR AN EXTENSION
OF TIME TO FILE AN ANSWER OR
OTHER RESPONSE TO THE COMPLAINT**

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Complaint, from June 21, 2007, up to and including July 12, 2007. While Counsel for the Defendant succeeded in conferring with Counsel for the Plaintiff, Ari Taragin, Esquire, he was unable to take a position on the motion without first speaking to his client. As grounds for this motion, Defendant relies upon the following memorandum in support.

Unanticipated obstacles necessitate this second request for an extension of time. First, two of Defendant's witnesses who need to be consulted before Defendant can formulate defenses to the action are on leave until later in the month of June. However, the combination of Agency Counsel's and Counsel for the Defendant's unavailability necessitates a further extension into July. In addition, substantial litigation demands necessitate this request extension. Specifically, Counsel for Defendant must file a motion for summary judgment in <u>Powers-Bunce v. District of Columbia, et al.</u>, 06-1586

(RMC) on or before June 22, 2007. Counsel for the Defendant must file Appellant's Reply brief in Canadian Commercial Corp. *et al.* v. Department of the Air Force, 06-5310 (D.C. Circuit) on July 10, 2007. Counsel for Defendant as well has ongoing and active discovery production obligations in two class action suits: (1) Hubbard v. Potter, 03-1062 (RJL/JMF) and (2) Johnson v. District of Columbia, *et al.*, 02-2364 (RMC). There are also significant discovery responsibilities in Gilbert v. Chertoff, 05-2128 (RJL) which are being handled by Counsel. Counsel for Defendant must also file a Reply to Plaintiffs' Motions for Summary Judgment in the consolidated case of Alabama Education Association *et al.* v. Chao, 03-0253 (RMC) on June 26, 2007. Counsel also is involved in ongoing settlement discussions in Brown Helicopter, Inc. *et al* v. United States, 06-0840 (JR). These and other litigation demands necessitate this requested extension.

    WHEREFORE, Defendant submits that this motion for an extension of time up to and including July 12, 2007, to file a response to the Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2007, I caused the foregoing Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and proposed order, to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

**ARI TARAGIN, ESQ.**
SNIDER & ASSOCIATES, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208


                                  /s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON<br><br>　　　　**Plaintiff,**<br>　　v.<br><br>MARGARET M. SPELLINGS, Secretary<br>U.S. Department of Education<br><br>　　　　**Defendant.** | )<br>)<br>)<br>) Civil Action No. 07-0455 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time, be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including July 12, 2007 , to file an Answer or other response to the Complaint.

Date this ____ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Ari Taragin, Esq.
SNIDER & ASSOCIATES, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208