UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No.: 07-0455 (EGS) |
| ) | |
| v. ) | |
| ) | |
| MARGARET M. SPELLINGS, Secretary ) | |
| United States Department of Education ) | |
| ) | |
| DEFENDANT. ) | |

**<u>PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR EXTENSION OF TIME</u>**

Plaintiff, by and thru her counsel, Snider & Associates, LLC., hereby opposes the Defendant's second Motion for an Extension of time and in support states as follows: Defendant's answer was originally to be due on May 25, 2007.  Plaintiff did not oppose the original motion and the time to respond was extended until June 21, 2007.

On June 21, 2007, Defendant filed a second Motion to Extend and requested that they be given another extension of over a month, until July 12, 2007, to answer the complaint.

The Complaint was filed in March 2007, and the Defendant has had more than ample time to respond to the Complaint.  Therefore, Plaintiff respectfully opposes the Defendant's second Motion for an Extension of Time to answer the Complaint.

2

        Respectfully Submitted,

        _/s/_____
Ari Taragin, Esquire
Snider & Associates, LLC
104 Church Lane, Suite 201
Baltimore, MD 21208
410-653-9060 phone
410-653-9061 fax
ari@sniderlaw.com

2