UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON[1] ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-0455 (EGS) |
| ) | |
| MARGARET M. SPELLINGS, Secretary ) | |
| U.S. Department of Education ) | |
| ) | |
| Defendant. ) | |
| ) | |

DEFENDANT'S MOTION FOR RECONSIDERATION
OF HER SECOND MOTION FOR AN EXTENSION
OF TIME TO FILE AN ANSWER OR
OTHER RESPONSE TO THE COMPLAINT

The Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby respectfully seeks the Court's forebearance to reconsider its partial denial of her second motion for an extension and to grant an extension of two-business days beyond the July 6, 2007 extension recently granted by the Court to file a response to the Complaint, up to and including July 10, 2007, if not Defendant's first requested due date of July 12, 2007. Undersigned Counsel for the Defendant will be on leave from July 2 through 6, 2007, with non-refundable reservations, traveling away from the area with his family. Counsel for the Defendant would suffer a severe financial hardship to have to return to file the response to the Complaint in this case. Notwithstanding these circumstances, Counsel for the Plaintiff, Ari Taragin, Esquire, reports that Plaintiff still opposes any extension. As grounds for this motion, Defendant relies further upon the following memorandum in support.

---

[1] The U.S. Attorney's Office summons in the case mistakenly refers to Plaintiff as "J. Nicole Harrison."

In addition to Counsel for the Defendant's leave, Agency counsel had scheduled leave from June 25 through June 29, 2007. Given the time that agency counsel has been away, Counsel for the Defendant has been unable to obtain necessary information from the Department that will permit filing an answer or other response because of the absence of other agency employees who are expected to have returned once agency counsel returns during the week of July 2, 2007. These employees have important information that will help assess what defenses should be asserted. Moreover, developing a response to the complaint in this case has been more complicated than usual because of a somewhat related lawsuit filed by Plaintiff that was resolved in Defendant's favor recently, that is, Harrison v. Spellings, C.A. No. 03-2514 (PLF) (Defendant's Motion for Summary Judgment Granted on March 13, 2007). Further, efforts to complete the discovery process, or a segment of the discovery process, in the following cases has also consumed time that Counsel for the Defendant otherwise might have, if he had access to the necessary information, to draft a response to the complaint in this matter: (1) Hubbard v. Potter, 03-1062 (RJL/JMF), (2) Johnson v. District of Columbia, *et al.*, 02-2364 (RMC), (3) Jeffers v. Chao, et al., C.A. No. 03-1762 (RMC) and (4) Negley v. FBI, C.A. No. 03-2126 (GK).[2]

---

[2] Besides these discovery obligations, Counsel for the Defendant also has had filing obligations, as previously noted.

WHEREFORE, Defendant submits that this motion for reconsideration of her second motion for an extension of time to file a response to the complaint, seeking a two-business extension beyond the date granted of July 6, 2007, up to and including July 10, 2007, minimally, should be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2007, I caused the foregoing Motion for Reconsideration of her Second Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and proposed order, to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

**Ari Taragin, Esq.**
SNIDER & ASSOCIATES, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208

/s/

OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON | ) |
| | ) |
|       **Plaintiff,** | ) |
|   v. | ) Civil Action No. 07-0455 (EGS) |
| | ) |
| MARGARET M. SPELLINGS, Secretary | ) |
| U.S. Department of Education | ) |
| | ) |
|       **Defendant.** | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Motion for Reconsideration of her Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for Reconsideration is GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including [July 10, 2007,] [July 12, 2007,] to file an Answer or other response to the Complaint.

Date this _____ day of _____, 2007.

 

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Ari Taragin, Esq.
SNIDER & ASSOCIATES, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208