IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>MARGARET M. SPELLINGS, Secretary )<br>United States Department of Education )<br>)<br>DEFENDANT. )<br>_____ ) | Case No.: 07-0455 (EGS) |

## **MOTION TO WITHDRAW AS COUNSEL**

Attorneys, Michael J. Snider, Esq. and Ari Taragin, Esq., of Snider & Associates, LLC, respectfully move the court to withdraw as counsel to Plaintiff G. Nicole Harrison and to remove their name from the case for all purposes. The grounds for this motion are set forth in the accompanying Memorandum in Support of Motion to Withdraw as Counsel.

Respectfully Submitted,

_____/s/_____

Michael J Snider, Esq.
Ari Taragin, Esq.
Snider and Associates, LLC
104 Church Lane, Suite 100
Baltimore MD 21208
(410) 653-9060
(410) 653-9061 fax

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>MARGARET M. SPELLINGS, Secretary )<br>United States Department of Education )<br>)<br>DEFENDANT. )<br>_____ ) | Case No.: 07-0455 (EGS) |

### **MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

Michael J. Snider, Esq. and Ari Taragin, Esq., counsel for Plaintiff in the above-captioned matter respectfully submit this Memorandum in Support of their Motion to Withdraw as Counsel. Plaintiff's counsel states in support and as grounds thereof:

1. Plaintiff, Ms. G. Nicole Harrison, has asked that Snider & Associates, LLC, withdraw their appearances from this case in order that she proceed pro se. See Exhibit A.

2. Counsel has complied with LCvR 83(6)(c). A copy of the notice required by that Rule is attached hereto, and incorporated by reference herein.

WHEREFORE, Michael J. Snider and Ari Taragin, counsel for the Plaintiff, move this Honorable Court to enter an order withdrawing their appearances as the

2

attorneys of record, and granting such further and other relief as the interests of justice may require.

          Respectfully Submitted,

          _____/s/_____

Michael J Snider, Esq.
Ari Taragin, Esq.
Snider and Associates, LLC
104 Church Lane, Suite 100
Baltimore MD 21208
(410) 653-9060
(410) 653-9061 fax

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL was filed via the Court's electronic filing system on June 29, 2007.

Additionally, I hereby certify that a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL and a notice attached hereto as Exhibit B, advising the Plaintiff to obtain other counsel, or if she intends to conduct the case *pro se* or to object to the withdrawal, to so notify the clerk in writing within five days of service of the Motion was mailed via first class mail, postage pre-paid to:

G. Nicole Harrison
Post Office Box 2004
Rockville, Maryland, 20847

_____/s/_____

Ari Taragin, Esq.

June 26, 2007

Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, MD  21208

Dear Attorney Snider & Attorney Taragin:

I am requesting you file a Motion to Withdraw Appearance to the U. S. District Court withdrawing from case 1:07-cv-00455-EGS HARRISON v. SPELLINGS.

I am no longer able to financially pay for your legal services.  The garnishment for the services Olivia Cammack did not render has financially crippled me and I am not able to meet my monthly financial obligations.

Thank you for your past and future support.  Please forward any additional billings or correspondence to the address below.

*G. Nicole Harrison*
P.O. Box 2004
Rockville, MD  20847



June 29, 2007

G. Nicole Harrison
Post Office Box 2004
Rockville, Maryland, 20847

    **RE: Motion to Withdraw as Counsel**

Dear Ms. Harrison:

Please be advised that pursuant to your request dated June 26, 2007, we have filed the attached Motion to Withdraw as Counsel in the case in which we currently represent you before the United States District Court for the District of Columbia. The case number is 07-0455, currently before Judge Emmet G. Sullivan.

Due to your request, I am advising you to obtain new counsel as soon as possible. If you intend to conduct the above mentioned cases *Pro Se*, you must notify the Clerk of the Court in writing within five days of receipt of this mailing. If you intend to object to the attached motions you must notify the Clerk of the Court in writing within five days of receipt of this mailing.

If you have any questions, I would recommend that you contact the Clerk of the Court.

We wish you the best of luck in the future.

                                               Sincerely,

                                               _____/s/_____
                                               Michael J Snider, Esq.
                                               Ari Taragin, Esq.
                                               Snider and Associates, LLC
                                               104 Church Lane, Suite 100
                                               Baltimore MD 21208
                                               (410) 653-9060
                                               (410) 653-9061 fax