UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>MARGARET M. SPELLINGS, Secretary )<br>U.S. Department of Education )<br>)<br>**Defendant.** )<br>) | Civil Action No. 07-0455 (EGS) |

## ANSWER

The Defendant, Secretary, U.S. Department of Education (Department), through counsel, the United States Attorney for the District of Columbia, hereby answers the complaint as follows:

### First Defense

Plaintiff fails to state a claim upon which relief may be granted.

### Second Defense

The Plaintiff failed properly to exhaust administrative remedies as required by applicable federal laws and regulations concerning one or more Title VII claims advanced in this Complaint.

### Third Defense

The Plaintiff improperly seeks to attack collaterally a workers' compensation decision through her Title VII claims.

### Fourth Defense

The Plaintiff fails to set forth short and plain statements of her claims in the Complaint.

**Fifth Defense**

Plaintiff's claims, in whole or in part, may be barred by principles of issue preclusion or claim preclusion.

**Sixth Defense**

To the extent that an allegation is not admitted, it is denied. The following paragraphs respond to the numbered paragraphs of the Complaint.

**COMPLAINT**

1-2.    These paragraphs are Plaintiff's characterization of her lawsuit and, as such, require no response. To the extent that an answer is deemed necessary, these paragraphs are denied.

**Jurisdiction and Venue**

3-4.    These paragraphs are Plaintiff's statement of jurisdiction and, as such, require no response. To the extent that an answer is deemed required, these paragraphs are denied.

5.    Denied.

6.    Denied.

**Parties**

7.    While Defendant admits that Plaintiff appears to be of African-American descent and has at certain times engaged in protected activity, Defendant has insufficient information to confirm or deny where Plaintiff actually resides or is a citizen. Defendant admits the remainder of the paragraph.

8.    Admitted.

9.    This paragraph constitutes Plaintiff's conclusions of law concerning Defendant that require no response. To the extent that a response is deemed required, these allegations are denied.

**Factual Background**

10. Admitted.

11-15. Defendant submits that the statements contained in these paragraphs, as worded, are irrelevant to this lawsuit and should be stricken from the Complaint. Defendant admits only that Plaintiff engaged in protected activity beginning on October 28, 2002. Plaintiff's lawsuit, which was initiated through her complaint of discrimination, was ultimately dismissed by the District Court as lacking in merit. Defendant did not retaliate against Plaintiff.

15-22. Denied.

23. Defendant denies the fact of these statements, the characterization of any actions by Defendant as "hostile" and the existence of any claimed "hostile work environment."

24. Defendant denies the allegations of the first sentence, but admits the allegation of the last sentence.

25-46. Denied. Plaintiff's characterization of these events is confusing, inaccurate, misleading and/or incomplete in whole or in part.

**Count I**

**Hostile Work Environment based on Race**

47. Defendant adopts and incorporates by reference her responses to the allegations set forth in paragraphs 1 through 43, as if the same were set forth fully in this response.

48-54. Denied.

55-56. Denied.

     A-E.    [PRAYER FOR RELIEF]    These paragraphs contain Plaintiff's prayer for relief that requires no response.  To the extent that a response is deemed required, Defendant denies that Plaintiff is entitled to any relief whatsoever.

## Count II

### Hostile Work Environment Based on Retaliation

57.    Defendant adopts and incorporates by reference her responses to the allegations set forth in paragraphs 1 through 43, as if the same were set forth fully in this response.

58-63.  Denied.

64-65.  Denied.

     A-E.    [PRAYER FOR RELIEF]    These paragraphs contain Plaintiff's prayer for relief that requires no response.  To the extent that a response is deemed required, Defendant denies that Plaintiff is entitled to any relief whatsoever.

## Count III

### Retaliation

66.    Defendant adopts and incorporates by reference her responses to the allegations set forth in paragraphs 1 through 43, as if the same were set forth fully in this response.

67-69.  Denied.

70-71.  Denied.

     A-E.    [PRAYER FOR RELIEF]    These paragraphs contain Plaintiff's prayer for relief that requires no response.  To the extent that a response is deemed required, Defendant denies that Plaintiff is entitled to any relief whatsoever.

## Count IV

### Violation of Privacy Act under 5 U.S.C. § 552a (b).

72. Defendant adopts and incorporates by reference her responses to the allegations set forth in paragraphs 44 through 47, as if the same were set forth fully in this response.

73. Denied.

74. Denied.

A-C. [PRAYER FOR RELIEF] These paragraphs contain Plaintiff's prayer for relief that requires no response. To the extent that a response is deemed required, Defendant denies that Plaintiff is entitled to any relief whatsoever.

## Count IV

### Violation of Privacy Act under 5 U.S.C. § 552a (e) (10).

75. Defendant adopts and incorporates by reference her responses to the allegations set forth in paragraphs 44 through 47, as if the same were set forth fully in this response.

76. Denied.

77. Denied.

A-C. [PRAYER FOR RELIEF] These paragraphs contain Plaintiff's prayer for relief that requires no response. To the extent that a response is deemed required, Defendant denies that Plaintiff is entitled to any relief whatsoever.

WHEREFORE, the Defendant demands as follows:

1. Judgment in his favor and against Plaintiff;

2. For all costs incurred herein; and

3. For any and all relief to which Defendant may appear to be entitled.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, this 10th day of July, 2007, reliance on the Electronic Court Filing system (ECF) to insure that a digital copy of the foregoing Answer has been served on Plaintiff and Counsel for the Plaintiff (motion to withdraw pending) by the Electronic Court Filing system, or, if this means fails, then first class mail, postage prepaid, addressed to:

**Ari Taragin, Esq.**
SNIDER & ASSOCIATES, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208

**G. Nicole Harrison**
10723 Hampton Mill Terrace
Apartment 210
Bethesda, MD 20852

                                                    /s/
                              OLIVER W. McDANIEL, D.C. Bar No. 377-360
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C.  20530
                              (202) 616-0739
                              (202) 514-8780 (Fax)