UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No. 07-0455 (EGS) |
| ) | |
| MARGARET M. SPELLINGS, Secretary ) | |
| U.S. Department of Education ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE REGARDING RELATED CASES

Defendant, through counsel, the United States Attorney for the District of Columbia, provides notice that, in Defendant's view, this case appears to be related to <u>Harrison v. Spellings</u>, Civil Action No. 03-2514 (PLF) (Defendant's Motion for Summary Judgment Granted on March 13, 2007). It appears to Defendant that Plaintiff has filed claims in this case similar to those filed in No. 03-2514.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of July, 2007, service of the foregoing Notice Regarding Related Cases has been made to Plaintiff and Counsel for the Plaintiff (motion for withdrawal pending) through the Court's Electronic Court Filing system or, if this means fails, then by first class mail, postage prepaid, address as follows:

**Ari Taragin, Esq.**
SNIDER & ASSOCIATES, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208

**G. Nicole Harrison**
10723 Hampton Mill Terrace
Apartment 210
Bethesda, MD 20852

                                                                   /s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739