**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| G. NICOLE HARRISON, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> MARGARET M. SPELLINGS, ) </br> Secretary of the Department of ) </br> Education, ) </br> ) </br> Defendant. ) </br> ) | Civil Action No. 07-455(EGS) |

## ORDER

Pending before the Court is Attorneys Michael J. Snider and Ari Taragin's Motion to Withdraw as Counsel for Plaintiff.  Upon consideration of the motion, plaintiff's notice thereof, plaintiff's consent to the motion, and there being no opposition to the motion by defendant, the Court finds that withdrawal is proper under Local Civil Rule 83.6(c).  Therefore, it is by the Court hereby

**ORDERED** that the Attorneys' Motion to Withdraw as Counsel for Plaintiff is **GRANTED**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
            United States District Judge
            July 16, 2007**

**Notice to:**
G. Nicole Harrison
Post Office Box 2004
Rockville, Maryland, 20847