UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

G. NICOLE HARRISON,         )
                            )
    Plaintiff               )
                            )
v.                          )
                            ) Civil Action No. 07-0455 (EGS)
                            )
MARGARET M. SPELLINGS,      )
    Secretary, United States Dept. of Education, )
                            )
    Defendant.              )
                            )

PLAINTIFF'S MOTION TO PROCEED PRO SE STATUS

COMES NOW, the undersigned Plaintiff and layperson, G. Nicole Harrison, and hereby moves this Court for an Order to proceed with Civil Action Case Number 07-0455 *pro se*.

The reasons for this motion are as follow:

1. On July 14, 2007, Plaintiff received certified letter No. 7006 0100 0003 7798 3335 from Michael J. Snider, Esq., Snider & Associates, Inc., informing Plaintiff of filed Motion to Withdraw as Counsel in case number 07-0455, currently before Judge Emmet G. Sullivan.

2. Plaintiff is not financially able to pay Snider & Associates $1,000 a month to continue obtaining legal services.

WHEREFORE, the undersigned respectfully request:

A. The motion to proceed with Civil Action Case Number 07-0455 be granted;

B. Agency attorney be ordered to acknowledge Plaintiff *pro se* status.

RECEIVED

JUL 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted,

*[signature]* 7/17/07
G. NICOLE HARRISON
P. O. Box 2004
Rockville, Maryland  20847

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the above Motion was mailed, via **Certified Return Receipt No. 7007 0710 0002 5785 4885** U.S. mail on July 17, 2007 to:

Oliver W. McDaniel
Assistant United States Attorney
U.S. Attorney Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

*G. Nicole Harrison* 7/17/07
G. Nicole Harrison
P. O. Box 2004
Rockville, MD. 20847

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON,<br><br>    Plaintiff<br><br>v.<br><br>MARGARET M. SPELLINGS,<br>    Secretary, United States Dept. of Education,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0455(EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of **Plaintiff's Motion to proceed** *pro se* **in Civil Action Case Number 0-0455for good cause shown,** it is by the Court this _____ day of _____, 2007,

ORDERED that the Plaintiff's motion should be hereby granted.

SO ORDERED.

 

_____
UNITED STATES DISTRICT JUDGE