UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| G. NICOLE HARRISON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 07-0455 (EGS) |
| MARGARET M. SPELLINGS, Secretary, U.S. Department of Education, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak and remove the appearance of Assistant United States Attorney Oliver W. McDaniel as counsel for Defendant in the above-captioned case.

Dated: November 26, 2007
Washington, D.C.

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov