UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET M. SPELLINGS,<br>Secretary of the Department<br>of Education,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-455 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**
**PURSUANT TO LOCAL CIVIL RULE 83.6(a)**

To the Clerk of this Court:

Please enter the appearance of the following attorney as counsel in this case for plaintiff G. Nicole Harrison.

Dated this 10th day of January, 2008.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

*/s/ Robert N. Kelly*

Robert N. Kelly
1120 20th Street, N.W., South Tower
Washington, DC 20036
(202) 457-1600
Fax: (202) 457-1678
rkelly@jackscamp.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2008 a copy of the foregoing Notice of Appearance was filed with the Court and served upon the following counsel for defendants by e-filing:

>Oliver W. McDaniel, Esquire
>U.S. Attorney's Office for the
>District of Columbia
>Civil Division
>555 4th Street, N.W.
>Washington, D.C.  20530

*/s/ Robert N. Kelly*

Robert N. Kelly