UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-0455 (EGS) |
| v. ) | |
| ) | Next Scheduled Court Date / Deadline: |
| MARGARET M. SPELLINGS, Secretary, ) | Status Conference |
| U.S. Department of Education, ) | May 14, 2008, 12:00 p.m. |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO SERVE DISCLOSURES**

Pursuant to Federal Rules of Civil Procedure ("Rules") 6(b) and 16 and Paragraph (7) of the Court's Scheduling and Magistrate Referral Order entered in this case and signed on February 1, 2008 ("Order"), Defendant Margaret Spellings ("Defendant"), Secretary, United States Department of Education ("Agency"), respectfully moves, by and through its undersigned counsel, for an enlargement of time to exchange Rule 26(a)(1) initial disclosures in the above entitled action. Specifically, Defendant requests that the Court extend the deadline for exchanging Rule 26(a)(1) initial disclosures from March 3, 2008 to March 10, 2008 -- *i.e.*, a one week extension of time. Plaintiff's counsel has graciously consented to the relief sought by this motion, on the condition that the extension apply to both parties. The grounds for this Motion are set forth below.

This case is an alleged employment discrimination action, which seeks damages and other relief predicated upon claims of race discrimination and retaliation under Title VII. Plaintiff filed her Complaint on March 8, 2007. Defendant answered the Complaint on July 10, 2007. Thereafter, the parties unsuccessfully attempted to mediate Plaintiff's claims. On

February 1, 2008, the Court conducted a status conference and subsequently issued the Order, which among other things, set the schedule for discovery in this action. The Order directed the parties to exchange Rule 26(a)(1) initial disclosures by March 3, 2008.

Promptly after the February 1, 2008, status conference, undersigned counsel contacted Agency counsel to obtain information and assistance in formulating Defendant's Rule 26(a)(1) initial disclosures. Unfortunately, Mr. Mark Washington, Plaintiff's direct supervisor, has been away at the Federal Executive Institute in Charlottesville, Virginia since February 4, 2008, and is scheduled to return on March 3, 2008. Mr. Washington likely possesses categories of documents relevant to this action, which may need to be included in Defendant's Rule 26(a)(1) initial disclosures. Accordingly, deferring the exchange of Rule 26(a)(1) initial disclosures for one week, will allow Defendant to review Mr. Washington's documents and include a proper description by category of such documents in Defendant's Rule 26(a)(1) initial disclosures.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline, the first request for an extension in this action by undersigned counsel, and, in total, Defendant's third request for an extension in this action. No other pending deadlines or court dates will be affected by granting the requested extension. Allowing defense counsel a short extension of time to properly prepare Defendant's Rule 26(a)(1) initial disclosures serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the parties' deadline for exchanging Rule 26(a)(1) initial disclosures be extended to, and including, March 10, 2008. A proposed order is attached.

Dated: February 28, 2008
      Washington, DC

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR, D.C. BAR #498610
                                          United States Attorney

                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                          Assistant United States Attorney

                                                /s/
                                          BRIAN P. HUDAK
                                          Assistant United States Attorney
                                          555 4th Street, NW
                                          Washington, DC 20530
                                          (202) 514-7143

                                          *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>MARGARET M. SPELLINGS, Secretary,<br>U.S. Department of Education,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Case No. 07-0455 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's consent motion for an enlargement of time to exchange initial disclosures in this action, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that the parties shall have through, and including, March 10, 2008, to exchange Rule 26(a)(1) initial disclosures in this action.

_____       _____
Date      EMMET G. SULLIVAN
     United States District Judge

Copies to Counsel of Record Via ECF