UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET M. SPELLINGS, Secretary,<br>U.S. Department of Education,<br><br>　　　　　Defendant. | Civil Case No. 07-0455 (EGS)<br><br><u>Next Scheduled Court Date /<br>Deadline:</u><br>Status Conference<br>May 14, 2008, 12:00 p.m. |

**PLAINTIFF'S UNOPPOSED MOTION
TO CORRECT SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Plaintiff G. Nicole Harrison, by counsel, hereby moves for an amendment to the Court's Scheduling and Magistrate Referral Order, signed on February 1, 2008 (the "Order") for the purpose of correcting the Order so as to accurately reflect an oral ruling of the Court at the pretrial scheduling conference, which also took place on February 1, 2008. At the pretrial conference, the Court ruled that the number of depositions in this case should not be limited at this time. Paragraph 1 of the Order, however, limits each party to 13 depositions. <u>See</u> Order, Paragraph 1, at p. 2. The grounds for this motion are set forth below.

By this action, plaintiff seeks damages and other relief predicated upon claims of race discrimination and retaliation under Title VII. Although plaintiff

662018v.1

filed her Complaint on March 8, 2007, following defendants' answer on July 10, 2007 the parties were referred to mediation, and during the fall of 2007 made several efforts to achieve a settlement of plaintiff's claims. Those efforts proved unsuccessful, and as a consequence on February 1, 2008, the Court conducted a pretrial scheduling conference and later that same day issued the Order which, among other things, limited each party to 13 depositions.[1]

At the February 1, 2008 conference, one of the few areas of disagreement between counsel for the opposing parties had to do with the number of depositions. Counsel for defendant asked for a 13 deposition limit, while counsel for plaintiff argued that there should be no limit at this time, or alternatively that the limit be significantly higher than 13. The Court resolved the issue by ruling that there would be no limit to the number of depositions that could be conducted by the parties, because notwithstanding the age of this case discovery has only just begun, and it is too early to impose such limits at this time.

Since defense counsel's recollection of this oral ruling by the Court is the same as that of plaintiff's counsel, this motion is unopposed. Plaintiff will order a copy of the conference transcript if required by the Court, but under the circumstances plaintiff respectfully suggests that the expense is not warranted.

---

[1] For some reason, the ECF system did not allow counsel to access the Order over the internet, and neither counsel for plaintiff nor counsel for defendant was aware of the provisions of the Order until the Order was physically copied at the Clerk's office and circulated between them several weeks later.

662018v.1

WHEREFORE, based on the foregoing, plaintiff respectfully requests that the Scheduling and Magistrate Referral Order, signed and entered on February 1, 2008, be amended to delete the any limitation on the number of depositions that may be conducted by each party. A proposed order is attached.

Dated:     March 10, 2008

                                    Respectfully submitted,

                                    JACKSON & CAMPBELL, P.C.

                                    /s/ Robert N. Kelly
                                  _____
Robert N. Kelly, DC Bar No. 287276
1120 20th Street NW, Suite 300-South
Washington, DC   20036
(202) 457-1600
(202) 457-1678 fax
rkelly@jackscamp.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 10th day of March, 2008, a copy of the foregoing Plaintiff's Unopposed Motion to Correct Scheduling Order was served via the Electronic Court Filing System (ECF) upon the following:

> Brian Hudak, Esquire
> Assistant United States Attorney
> Office of the United States Attorney
> for the District of Columbia
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C.  20530

/s/ Robert Kelly
_____
Robert N. Kelly