UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET M. SPELLINGS, Secretary,<br>U.S. Department of Education,<br><br>　　　　Defendant. | Civil Case No. 07-0455 (EGS)<br><br>Next Scheduled Court Date /<br>Deadline:<br>Status Conference<br>May 14, 2008, 12:00 p.m. |

**ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Correct Scheduling Order, and in the absence of opposition thereto, it is this _____ day of March, 2008 hereby

**ORDERED**, that Plaintiff's motion is granted, and further

**ORDERED**, that Paragraph 1 of this Court's Scheduling and Magistrate Referral Order, signed and entered on February 1, 2008, is modified by deleting the limitation on the number of depositions that can be taken by the parties. In keeping with the Court's oral ruling at the pretrial conference on February 1, 2008, no limit on the number of depositions shall be imposed by the Court at this time.  This shall not abridge either party's right to seek a protective order pursuant to Rule 26 (c) of the Federal Rules of Civil Procedure in appropriate circumstances.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
United States District Judge