UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Case No. 07-0455 (EGS)<br>)<br>) Next Scheduled Court Date / |
| MARGARET M. SPELLINGS, Secretary,<br>U.S. Department of Education, | ) Deadline:<br>) Status Conference<br>) May 14, 2008, 12:00 p.m.<br>) |
| Defendant. | )<br>) |

**PLAINTIFF'S Rule 26(a)(1)**
**INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff G. Nicole Harrison, by counsel, hereby makes the following initial disclosures:

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that plaintiff may use to support her claims are listed below. All individuals have had direct personal involvement in one or more of the events which serve as the bases for plaintiff's claims.

Mitchell Clark
Assistant Secretary
Department of Education
400 Maryland, Ave., S.W.
Room FB6-2W311
Washington, D.C. 20202
(202) 260-7337

670346v.1

Marianna O'Brien
Department of Education
Federal Student Aid
830 First Street, N.E.
Room UCP 114F1
Washington, D.C. 20202
(202) 377 3095

Mark Washington
Department of Education
Federal Student Aid
830 First Street, N.E.
Room UCP 32A4
Washington, D.C. 20202
(202) 377 – 3004

John Mondragon
Department of Education
Federal Student Aid
830 First Street, N.E.
Room UCP L104
Washington, D.C. 20202
(202) 377 – 3706

Monica Proctor
Dept of Education
Federal Student Aid
830 First Street, N.E.
Room UCP L113
Washington, D.C. 20202
(202) 377 – 3085

Richard (Tim) Reynolds
Department of Education
Federal Student Aid
830 First Street, N.E.
Room UCP 72G16
Washington, D.C. 20202
(202) 377 – 3906

670346v.1

- 2 -

Calvin Thomas
Department of Education
Federal Student Aid
830 First Street, N.E.
Room UCP 3I12
Washington, D.C. 20202
(202) 377 – 3011

Cynthia Reynolds
Department of Education
Federal Student Aid
830 First Street, N.E.
Room UCP 53A4
Washington, D.C. 20202
(202) 377 – 4046

Mary Lewis (contract employee)
Department of Education
Federal Student Aid
830 First Street, N.E.
Room UCP L 118-8
Washington, D.C. 20202
(202) 377 – 3055

Curtis Brookshire (contract employee)
Department of Education
Federal Student Aid
830 First Street, N.E.
Room UCP L118-7
Washington, D.C. 20202
(202) 377 – 3632

Tisha Jones
Department of Education
Federal Student Aid
830 First Street, N.E.
Room UCP L118-4
Washington, D.C. 20202
(202) 377 – 3701

Darryl Estep
Department of Education
Federal Student Aid
830 First Street, N.E.
Room UCP L118-6
Washington, D.C. 20202
(202) 377 – 3797

Sandra Warren
Department of Education
Personnel Security
400 Maryland Ave., S.W.
Room FB6-2W251
Washington, D.C. 20202
(202) 205 – 9780

Jerry Shepherd
Department of Education
Physical Security
400 Maryland Ave., S.W.
Room FB6 2W308
Washington, D.C. 20202
(202) 401 – 3611

Christopher Strambler
Department of Education
Physical Security
400 Maryland Ave., S.W.
Room FB6 2W306
Washington, D.C. 20202
(202) 401 – 3610

Richard Lucas
Department of Education
Federal Student Aid
830 First Street, N.E.
Room UCP 053G1
Washington, D.C. 20202
(202) 377 – 3481

Kevin Williamson
Department of Education
Federal Student Aid
830 First Street, N.E.
Room UCP 33A2
Washington, D.C.  20202
(202) 377 – 3050

Barbara Malebranche
Department of Education
Human Resources
400 Maryland Ave., S.W.
Room FB6 2E233
Washington, D.C.  20202
(202) 401 – 1920

Dorothy Spilman (former contract employee)
Department of Education
400 Maryland Ave., S.W.
Washington, D.C.  20202
(202) 401 – 1920

Dionne Via
Department of Education
Federal Student Aid
830 First Street, N.E.
Room UCP –32B1
Washington, D.C.  20202
(202) 377 – 3046

Larry Warder
(Acting) Chief Operating Officer
Department of Education
400 Maryland Ave. S.W.
Room FB6 4E313
Washington, D.C.  20202
(202) 401 – 0477

Anthony Lindsay
Department of Education
Federal Student Aid
Project Manager, Security Guard Staff
830 First Street, N.E.
Washington, D.C. 20202
(202) 377 – 3336

Larry Ross
Department of Education
EEOS
400 Maryland Ave, S.W.
Room FB6-2W240
Washington, D.C. 20202
(202) 205 – 0518

Kimmeo Christmas
Department of Education
830 First Street, N.E.
Washington, D.C. 20202
(202) 377 – 3484

Stephanie Whitfield
Department of Education
830 First Street, N.E.
Washington, D.C. 20202
(202) 377 – 3089

Ray Crawford
Department of Education
830 First Street, N.E.
Washington, D.C. 20202

Griffin Clayton
Department of Homeland Security

Eric Johnson
OPM Investigator

      B.    A description by category of all documents, electronically stored information, and tangible things that are in the possession, custody or control of plaintiff that plaintiff may use to support her claims.

- 6 -

Work-related documents, including e-mails, preserved and maintained by plaintiff in the course of her duties at the Department of Education.

Publicly available documents issued by the Department of Education.

Deposition transcripts and other discovery materials obtained by plaintiff in the matter of G. Nicole Harrison v. U. S. Department of Education, Civil No. 03-2514, U.S. District Court for the District of Columbia.

All documents are in the possession of plaintiff and are available for inspection and copying at any mutually acceptable time and location.

Dated:   March 10, 2008

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

/s/ Robert N. Kelly
_____
Robert N. Kelly, DC Bar No. 287276
1120 20th Street NW, Suite 300-South
Washington, DC   20036
(202) 457-1600
(202) 457-1678 fax
rkelly@jackscamp.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 10th day of March, 2008, a copy of the foregoing Plaintiff's Rule 26(a)(1) Initial Disclosures was served via the Electronic Court Filing System (ECF) upon the following:

>Brian Hudak, Esquire
>Assistant United States Attorney
>Office of the United States Attorney
>for the District of Columbia
>Civil Division
>555 4th Street, N.W.
>Washington, D.C.  20530

/s/ Robert Kelly
_____
Robert N. Kelly