UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-0455 (EGS) |
| v. ) | |
| ) | Next Scheduled Court Date / Deadline: |
| MARGARET M. SPELLINGS, Secretary, ) | Status Conference |
| U.S. Department of Education, ) | September 12, 2008, 12:00 p.m. |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME TO
COMPLETE DISCOVERY AND TO CONTINUE COURT CONFERENCE**

Pursuant to Federal Rules of Civil Procedure ("Rules") 6(b) and 16 and Paragraph (7) of the Court's Scheduling and Magistrate Referral Order, entered in this case on February 1, 2008 ("Order"), by and through their respective undersigned counsel, the parties respectfully move for an enlargement of the discovery period in this action and to continue the Court conference currently scheduled for this Friday, September 10, 2008, at 12:00 p.m. Specifically, the parties respectfully request that the Court extend the discovery period by two months -- *i.e.*, until October 31, 2008 -- and continue the currently scheduled post-discovery status conference to a date and time thereafter. The grounds for this Motion are set forth below.

This case is an alleged employment discrimination action, which seeks damages and other relief predicated upon claims of race discrimination and retaliation under Title VII. Plaintiff filed her Complaint on March 8, 2007. Defendant answered the Complaint on July 10, 2007. Thereafter, the parties unsuccessfully attempted to mediate Plaintiff's claims. On February 1, 2008, the Court conducted a status conference and subsequently issued the Order, which, among other things, set the schedule for discovery in this action. The Order directed the

parties to complete discovery by August 29, 2008, and set an interim status conference for May 14, 2008. At the May 14, 2008, status conference the parties informed the Court that they might require additional time to complete discovery. The Court indicated that it was amenable to granting such a request, directed the parties to file a motion if they required an extension, and set a post-discovery status conference for September 12, 2008.

Although the parties have conducted certain discovery, the parties require additional time to conclude their pre-trial discovery efforts. Specifically, although Defendant served her first discovery requests on Plaintiff on May 16, 2008, Plaintiff has yet to provide a response to such requests because, according to Plaintiff, she has experienced significant health problems that have interfered with her ability to assist counsel in framing responses to the government's discovery. Further, although Defendant timely responded to Plaintiff's discovery requests, Defendant has yet to serve Plaintiff with certain documents responsive to Plaintiff's requests because other pressing matters and vacations on the schedules of the relevant custodians and Agency counsel have prevented an appropriate review and production of responsive materials. The parties believe that this written discovery is necessary because the parties did not engage in any significant discovery at the administrative stage and no report of investigation was ever prepared on Plaintiff's administrative claims. This lack of discovery at the administrative phase has also contributed to the delays in the parties' discovery efforts, as the parties are reviewing responsive materials for the first time. After the parties complete their written discovery efforts, Defendant intends to depose Plaintiff, and Plaintiff intends to take the maximum number of depositions permitted by the pretrial order.

Accordingly, the parties request a two-month extension of their discovery period -- *i.e.*, until October 31, 2008 -- to complete discovery in this action in order to properly conclude

discovery, which Defendant believes may reveal bases to dispose of this case on a motion for summary judgment. In light of this request, the parties also respectfully request that the post-discovery status conference currently scheduled for Friday, September 12, 2008 at 12:00 p.m. be likewise continued to a date convenient for the Court following October 31, 2008, the new requested deadline for discovery.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents the parties' first request for an extension of this deadline. No deadlines other than those noted above will be affected by granting this Motion. Allowing the parties' a reasonable amount of addition time to complete discovery serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully requests that the discovery deadline in this action be extended to October 31, 2008, and that the Court conference scheduled for Friday, September 12, 2008, at 12:00 p.m. be continued to a date and time thereafter. A proposed order is attached.

Dated: September 9, 2008
         Washington, DC

Respectfully submitted,

| /s/ | |
|---|---|
| ROBERT N. KELLY, D.C. Bar #287276 | JEFFREY A. TAYLOR, D.C. Bar #498610 |
| Jackson & Campbell, P.C. | United States Attorney |
| 1120 20th Street, NW, Suite 300-South | |
| Washington, DC 20036 | |
| (202) 457-1600 | |
| | RUDOLPH CONTRERAS, D.C. Bar #434122 |
| *Attorney for Plaintiff* | Assistant United States Attorney |

        /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G. NICOLE HARRISON, | ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | )   Civil Case No. 07-0455 (EGS) </br> ) |
| MARGARET M. SPELLINGS, Secretary, </br> U.S. Department of Education, | ) </br> ) </br> ) |
| Defendant. | ) </br> ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion for an enlargement of time to complete discovery and to continue court conference and for good cause shown, it is hereby:

ORDERED that the parties' joint motion is GRANTED,

ORDERED that discovery in this action is now due by October 31, 2008, and it is further

ORDERED that the status conference currently scheduled for September 12, 2008, at 12:00 p.m. is herby continued to _____.

SIGNED:

_____          _____
Date                                              EMMET G. SULLIVAN
                                                     United States District Judge

Copies to Counsel of Record via ECF